Per A. Ramfjord, OSB No. 934024
per.ramfjord@stoel.com
Jeremy D. Sacks, OSB No. 994262
Jeremy.sacks@stoel.com
Crystal S. Chase, OSB No. 093104
Crystal.chase@stoel.com
STOEL RIVES LLP
760 SW Ninth Ave, Suite 3000
Portland, OR  97205
Telephone: (503) 224-3380

Kelly K. Simon, OSB No. 154213
ksimon@aclu-or.org
ACLU FOUNDATION OF OREGON
506 SW 6th Ave, Suite 700
Portland, OR 97204
Telephone: (503) 227-3986

Attorneys for Plaintiffs Mark Pettibone, Fabiym Acuay (a.k.a. Mac Smiff), Andre Miller, Nichol Denison, Maureen Healy, Christopher David, Duston Obermeyer, James McNulty, Black Millennial Movement, and Rose City Justice, Inc.

[*Additional counsel for Plaintiffs listed on signature page*]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARK PETTIBONE, an individual; FABIYM ACUAY (a.k.a., MAC SMIFF), an individual; ANDRE MILLER, an individual; NICHOL DENISON, an individual; MAUREEN HEALY, an individual; CHRISTOPHER DAVID, an individual; DUSTON OBERMEYER, an individual; JAMES MCNULTY, an individual; BLACK MILLENNIAL MOVEMENT, an organization; and ROSE CITY JUSTICE, INC., an Oregon nonprofit corporation, | Case No.: 3:20-cv-1464<br><br>NOTICE OF WITHDRAWAL OF ATTORNEY |

Page 1   -   NOTICE OF WITHDRAWAL OF ATTORNEY

109174050.1 0099880-01343

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity; CHAD F. WOLF, in his individual and official capacity; GABRIEL RUSSELL, in his individual and official capacity; JOHN DOES 1-200, in their individual capacities; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES MARSHALS SERVICE,

Defendants.

Plaintiffs Mark Pettibone, Mac Smiff, Andre Miller, Nichol Denison, Maureen Healy, Christopher David, Duston Obermeyer, James McNulty, Black Millennial Movement, and Rose City Justice, Inc. (collectively, "Plaintiffs"), hereby give notice that attorney Andrew Ho is no longer counsel of record in the above-captioned matter.

Attorneys Per A. Ramfjord, Jeremy D. Sacks, Crystal S. Chase, Joel A. Mullin, Todd A. Hanchett, Amy Edwards, Geoffrey B. Tichenor, Rachel C. Lee, Jacob Goldberg and Stoel Rives LLP, and Kelly K. Simon and ACLU Foundation of Oregon remain as counsel of record for Plaintiffs, and the addresses for purposes of correspondence and service of pleadings remains the same.

DATED: December 21, 2020.

STOEL RIVES LLP

*s/ Rachel C. Lee*
Per A. Ramfjord, OSB No. 934024
per.ramfjord@stoel.com
Jeremy D. Sacks, OSB No. 994262
jeremy.sacks@stoel.com
Crystal S. Chase, OSB No. 093104
crystal.chase@stoel.com

Page 2   -   NOTICE OF WITHDRAWAL OF ATTORNEY

Joel A. Mullin, OSB No. 862533
joel.mullin@stoel.com
Todd A. Hanchett, OSB No. 992787
todd.hanchett@stoel.com
Amy Edwards, OSB No. 012492
amy.Edwards@stoel.com
Geoffrey B. Tichenor, OSB No. 050958
geoffrey.tichenor@stoel.com
Rachel C. Lee, OSB No. 102944
rachel.lee@stoel.com
Jacob Goldberg, OSB No. 162565
jacob.goldberg@stoel.com
Telephone: (503) 224-3380

and

ACLU FOUNDATION OF OREGON
Kelly K. Simon, OSB No. 154213
ksimon@aclu-or.org
Telephone:   (503) 227-3986

*Attorneys for Plaintiffs Mark Pettibone, Fabiym Acuay (a.k.a. Mac Smiff), Andre Miller, Nichol Denison, Maureen Healy, Christopher David, Duston Obermeyer, James McNulty, Black Millennial Movement, and Rose City Justice, Inc.*