BRIAN M. BOYNTON
Acting Assistant Attorney General
SCOTT ERIK ASPHAUG
Acting United States Attorney
ALEXANDER K. HAAS
Director, Federal Programs Branch
BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch
MICHAEL P. CLENDENEN (DC 1660091)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 353-0693
Fax:   (202) 616-8460

*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| MARK PETTIBONE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> Defendants. | Case No. 3:20-cv-01464-YY <br><br> **AGENCY AND OFFICIAL-CAPACITY DEFENDANTS' MOTION TO UNSEAL** |

MOTION TO UNSEAL

## L.R. 7-1 Certification

The agency and official-capacity defendants conferred on this Motion with counsel for Plaintiffs. Plaintiffs do not oppose the Motion to unseal.

## MOTION TO UNSEAL

The agency and official-capacity defendants submit this motion to unseal two sealed documents. In support of their motion to dismiss, the agency and official-capacity defendants filed a declaration by a federal law enforcement officer, identified as "CBP SOG-1," with the name of the declarant redacted. *See* ECF No. 26-3. The agency and official-capacity defendants moved to file an unredacted version of this declaration under seal, and the Court granted this motion. *See* ECF No. 27, 29. The agency and official-capacity defendants filed another declaration by the same declarant in support of their motion for partial protective order, again with the name redacted, *see* ECF No. 53, and the Court again granted a motion to file under seal an unredacted version of that declaration, *see* ECF No. 54, 55. After reviewing the declarations and publicly available information, the government has determined that the sealed information—the name of declarant CBP SOG-1—does not need to remain under seal. The declarant concurs with this conclusion. As such, the agency and official-capacity defendants respectfully request that the Court unseal both declarations by CBP SOG-1.

Dated: May 13, 2021                     Respectfully submitted,

                                                                 BRIAN M. BOYNTON
                                                                 Acting Assistant Attorney General

                                                                 SCOTT ERIK ASPHAUG
                                                                 Acting United States Attorney

                                                                 ALEXANDER K. HAAS
                                                                Director, Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Michael P. Clendenen*
MICHAEL P. CLENDENEN (DC 1660091)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 353-0693
Fax: (202) 616-8460
Email: michael.p.clendenen@usdoj.gov

*Attorneys for the United States*

MOTION TO UNSEAL 2