Daniel E. Thenell, OSB No. 971655
dan@thenelllawgroup.com
Chelsea Pyasetskyy, OSB No. 136450
chelsea@thenelllawgroup.com
Thenell Law Group, P.C.
12909 SW 68th Parkway, Suite 290
Portland, OR 97223
Ph: 503-372-6450
Fax: 503-372-6496
*Of Attorneys for Def. 16*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARK PETTIBONE, et. al., | Case No.: 3:20-cv-1464-YY |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE OF COUNSEL CHELSEA P. PYASETSKYY** |
| JOSEPH BIDEN, JR., et al., | |
| Defendants. | |

**NOTICE OF APPEARANCE**

As directed by Local Rule 83-9, attorney Chelsea P. Pyasetskyy hereby enters an appearance as counsel on behalf of pseudonymously-named defendant named in their individual capacity DEF 16. The individual-capacity defendant pseudonymously referred to herein is identified by their true name in Docket No. 144, which was filed under seal on December 10,

Page 1 – NOTICE OF APPEARANCE                                    2021-121

2021. To all counsel of record and to the Clerk of Court, please direct all further papers in proceedings in this matter related to pseudonymously-named defendant DEF 16 to:

Daniel E. Thenell, OSB No. 971655
Email:  dan@thenelllawgroup.com
Chelsea Pyasetskyy, OSB No. 136450
Email: chelsea@thenelllawgroup.com
Thenell Law Group, PC
12909 SW 68th Parkway, Suite 290
Portland, OR 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

Dated:  February 3, 2022

THENELL LAW GROUP P.C.

By:   /s/ Chelsea Pyasetskyy
Chelsea Pyasetskyy, OSB No. 136450
Email:  Chelsea@ThenellLawGroup.com
Daniel E. Thenell, OSB No. 971655
Email:  Dan@ThenellLawGroup.com
Of Attorneys for DEF 16

2021-121