UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| MARK PETTIBONE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>Defendants. | Case No. 3:20-cv-01464-YY<br><br>**ORDER** |

**ORDER**

This matter comes before the Court on *Agency and Official-Capacity Defendants' Unopposed Motion to Set Deadline to Answer Fourth Amended Complaint* (Dkt. No. 320). Upon consideration of the agency and official-capacity defendants' Motion, and the entire record of this case, it is hereby

ORDERED that the Motion is GRANTED, and the agency and official-capacity defendants shall file their Answer to the Fourth Amended Complaint by December 2, 2024.

SO ORDERED.

                                                /s/ Youlee Yim You
                                          Hon. Youlee Yim You
                                          UNITED STATES MAGISTRATE JUDGE
                                          United States District Court for the District of Oregon

Dated: 10/21/2024