Per A. Ramfjord, OSB No. 934024
per.ramfjord@stoel.com
STOEL RIVES LLP
760 SW Ninth Ave, Suite 3000
Portland, OR  97205
Telephone: (503) 224-3380

Matthew Segal, *pro hac vice*
matthew.segal@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone: (916) 447-0700

Kelly K. Simon, OSB No. 154213
ksimon@aclu-or.org
ACLU of Oregon
P.O. Box 40585
Portland, OR  97240
Telephone: (503) 444-7015

Attorneys for Plaintiffs Mark Pettibone, Fahiym Acuay (a.k.a. Mac Smiff),
  Andre Miller, Nichol Denison, Maureen Healy, Christopher David,
  Duston Obermeyer, James McNulty, Black Millennial
  Movement, and Rose City Justice, Inc.

[*Additional counsel for Plaintiffs listed on signature page*]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARK PETTIBONE, an individual, *et al.*, | Case No.: 3:20-cv-01464-YY |
| Plaintiffs, | STIPULATED MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| DONALD J. TRUMP, in his official capacity, *et al.*, | |
| Defendants. | |

Page 1  -  STIPULATED MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

127507622.1 0099880-01343

## STIPULATED MOTION

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Mark Pettibone, Fahiym Acuay (a.k.a. Mac Smiff), Andre Miller, Nichol Denison, Maureen Healy, Christopher David, Duston Obermeyer, and James McNulty (collectively "Plaintiffs") and Defendant United States of America hereby stipulate and move for entry of an Order of Dismissal ("Order") providing that (i) Plaintiffs' claims in the above-titled action are hereby dismissed with prejudice; (ii) pending motions, if any, are denied as moot; and (iii) each party shall bear its own costs and attorney's fees.

A proposed form of the Order is being concurrently filed herewith.

DATED: January 20, 2025.

| STOEL RIVES LLP | UNITED STATES DEPARTMENT OF JUSTICE |
|---|---|
| */s/ Matthew D. Segal* | */s/ Lawrence Eiser* |
| JEREMY D. SACKS, OSB No. 994262 | LAWRENCE EISER |
| jeremy.sacks@stoel.com | larry.eiser@usdoj.gov |
| PER A. RAMFJORD, OSB No. 934024 | SARAH DU |
| per.ramfjord@stoel.com | sarah.du@usdoj.gov |
| CHRISTOPHER C. RIFER, OSB No. 125307 | SARAH KLEIN |
| christopher.rifer@stoel.com | sarah.e.klein@usdoj.gov |
| JACOB GOLDBERG, OSB No. 162565 | |
| jacob.goldberg@stoel.com | *Attorneys for Defendant United States of America* |
| RACHEL S.D. GALE, OSB No. 221284 | |
| rachel.gale@stoel.com | |
| RACHEL C. LEE, OSB No. 102944 | |
| rachel.lee@stoel.com | |
| RYAN H. TAMM, OSB No. 222774 | |
| ryan.tamm@stoel.com | |
| TODD A. HANCHETT, OSB No. 992787 | |
| todd.hanchett@stoel.com | |
| ALEX VAN RYSSELBERGHE, OSB No. 164735 | |
| alex.vanrysselberghe@stoel.com | |
| DOMINIK K. MACKINNON, OSB No. 231723 | |
| dominik.mackinnon@stoel.com | |

Page 2  -  STIPULATED MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

KAITLYN K. LINDAMAN,
   OSB No. 224418
kaitlyn.lindaman@stoel.com
(503) 224-3380

MATTHEW D. SEGAL, *Pro Hac Vice*
matthew.segal@stoel.com
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
(916) 447-0700

ACLU OF OREGON

KELLY K. SIMON, OSB No. 154213
ksimon@aclu-or.org
P.O. Box 40585
Portland, OR  97240
(503) 444-7015

*Attorneys for Plaintiffs*