Per A. Ramfjord, OSB No. 934024
per.ramfjord@stoel.com
STOEL RIVES LLP
760 SW Ninth Ave, Suite 3000
Portland, OR  97205
Telephone:  (503) 224-3380

Matthew Segal, *pro hac vice*
matthew.segal@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 447-0700

Kelly K. Simon, OSB No. 154213
ksimon@aclu-or.org
ACLU of Oregon
P.O. Box 40585
Portland, OR  97240
Telephone:  (503) 444-7015

Attorneys for Plaintiffs Mark Pettibone, Fahiym Acuay (a.k.a. Mac Smiff),
    Andre Miller, Nichol Denison, Maureen Healy, Christopher David,
    Duston Obermeyer, James McNulty, Black Millennial
    Movement, and Rose City Justice, Inc.


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| MARK PETTIBONE, an individual, *et al.*, | Case No.: 3:20-cv-01464-YY |
| Plaintiffs, | ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| DONALD J. TRUMP, in his official capacity, *et al.*, | |
| Defendants. | |


Page 1  -    ORDER OF DISMISSAL WITH PREJUDICE


127549341.1 0099880-01343

This matter having come before the Court on Plaintiffs Mark Pettibone, Fahiym Acuay (a.k.a. Mac Smiff), Andre Miller, Nichol Denison, Maureen Healy, Christopher David, Duston Obermeyer, and James McNulty (collectively, "Plaintiffs") and Defendant United States of America's Stipulated Motion for Order of Dismissal with Prejudice ("Stipulated Motion"),

IT IS HEREBY ORDERED that the Stipulated Motion is granted and:

(i)  Plaintiffs' claims in the above-titled action are dismissed with prejudice;

(ii)  Pending motions other than the Stipulated Motion, if any, are denied as moot; and

(iii)  Each party shall bear its own costs and attorney's fees.

DATED:  January 20, 2025.

Michael H. Simon
United States District Judge

Submitted by:

STOEL RIVES LLP

/s/ Matthew D. Segal
Matthew D. Segal, *pro hac vice*
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
T.  (916) 447-0700
Email:   matthew.segal@stoel.com
      *Attorneys for Plaintiffs*

Page 2  -   ORDER OF DISMISSAL WITH PREJUDICE

127549341.1 0099880-01343